IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1  | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2  | AGC CHEMICALS AMERICAS INC. |
| Defendant 3  | AMEREX CORPORATION |
| Defendant 4  | ARCHROMA U.S. INC. |
| Defendant 5  | ARKEMA, INC. |
| Defendant 6  | BASF CORPORATION |
| Defendant 7  | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8  | CARRIER GLOBAL CORPORATION |
| Defendant 9  | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CHEMICALS, INC. |
| Defendant 12 | CHEMOURS COMPANY FC, LLC |
| Defendant 13 | CHUBB FIRE, LTD |
| Defendant 14 | CLARIANT CORP. |
| Defendant 15 | CORTEVA, INC. |
| Defendant 16 | DAIKIN AMERICA, INC. |
| Defendant 17 | DEEPWATER CHEMICALS, INC. |
| Defendant 18 | DU PONT DE NEMOURS INC. (f/k/a DOWDUPONT INC.) |
| Defendant 19 | DYNAX CORPORATION |
| Defendant 20 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 21 | JOHNSON CONTROLS, INC. |
| Defendant 22 | KIDDE PLC |
| Defendant 23 | NATION FORD CHEMICAL COMPANY |
| Defendant 24 | NATIONAL FOAM, INC. |
| Defendant 25 | PERIMETER SOLUTIONS, LP |

| Defendant 26 | THE CHEMOURS COMPANY |
| --- | --- |
| Defendant 27 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 28 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 29 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒    Diversity

    ☐    Federal Question

    ☐    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

      Thyroid Disease
      Ulcerative Colitis
      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action</u>:
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025.

        Respectfully Submitted,

        **TURNBULL, MOAK & PENDERGRASS, P.C.**

        */s/ Zachary J. Peagler*
        Zachary J. Peagler
        D. Brett Turnbull
        Brett H. Hollett
        TURNBULL MOAK & PENDERGRASS, P.C.
        2501 20th Place South, Ste 425
        Homewood, AL 35223
        Telephone: 205.831.5040
        Facsimile: 205.848.6300
        Email: zpeagler@turnbullfirm.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, Diamond | 10/1/1993 | California | Central District of CA |  | Yes |  | thyroid disease | I through IX |
| 2. | Anderson, Michael | 11/1/1969 | Kentucky | Eastern District of KY |  | Yes |  | kidney cancer | I through IX |
| 3. | Ansted, Karri | 7/11/1972 | Florida | Middle District of FL |  | Yes |  | thyroid cancer | I through IX |
| 4. | Ardito, James | 7/30/1964 | Connecticut | District of CT |  | Yes |  | liver cancer | I through IX |
| 5. | Arellano, Rebecca | 12/6/1978 | Iowa | Southern District of IA |  | Yes |  | thyroid cancer | I through IX |
| 6. | Atten, Kelly | 2/11/1966 | Oregon | District of OR |  | Yes |  | thyroid cancer | I through IX |
| 7. | Baker, Kenneth | 1/13/1958 | Alabama | Middle District of AL |  | Yes |  | kidney cancer | I through IX |
| 8. | Barabas, Bernard | 12/12/1955 | Connecticut | District of CT |  | Yes |  | kidney cancer and thyroid disease | I through IX |
| 9. | Barber, Bill | 10/21/1947 | Alabama | Northern District of AL |  | Yes |  | kidney cancer | I through IX |
| 10. | Becker, Paige | 7/1/1989 | Alaska | District of AK |  | Yes |  | thyroid cancer | I through IX |
| 11. | Blanc, Mary Le | 10/15/1963 | Connecticut | District of CT |  | Yes |  | ulcerative colitis | I through IX |
| 12. | Bock, Melissa | 1/9/1976 | Colorado | District of CO |  | Yes |  | thyroid cancer | I through IX |
| 13. | Bokel, Scott | 4/9/1978 | Missouri | District of MO |  | Yes |  | testicular cancer | I through IX |
| 14. | Boudreaux, Steve | 8/21/1963 | Louisiana | Western District of LA |  | Yes |  | thyroid disease | I through IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Bourne, Joseph | 4/18/1989 | South Dakota | District of SD | | Yes | | testicular cancer | I through IX |
| 16. | Briscoe, John | 5/27/1991 | Georgia | Northern District of GA | | Yes | | ulcerative colitis | I through IX |
| 17. | Britz, Robert | 5/10/1961 | Florida | Middle District of FL | | Yes | | testicular cancer and thyroid disease | I through IX |
| 18. | Buckles, Darius | 5/23/1993 | Georgia | Northern District of GA | | Yes | | kidney cancer | I through IX |
| 19. | Carmant, Adelaide | 8/18/1987 | Georgia | Northern District of GA | | Yes | | kidney cancer | I through IX |
| 20. | Ceraboone, Linda | 8/29/1957 | New York | Eastern District of NY | | Yes | | kidney cancer | I through IX |
| 21. | Church, Victor | 8/11/1954 | Virginia | Western District of VA | | Yes | | thyroid cancer | I through IX |
| 22. | Cloud, Paula | 2/4/1961 | Louisiana | Eastern District of LA | | Yes | | liver cancer | I through IX |
| 23. | Dakin, Daniel | 11/17/1972 | Arizona | District of AZ | | Yes | | thyroid cancer | I through IX |
| 24. | Davis, Johnathon | 5/20/1984 | Tennessee | Eastern District of TN | | Yes | | kidney cancer, ulcerative colitis, and thyroid disease | I through IX |
| 25. | Desrosiers, Crystal | 12/2/1983 | Connecticut | District of CT | | Yes | | ulcerative colitis | I through IX |
| 26. | Doster, Mary | 10/26/1979 | Texas | Eastern District of TX | | Yes | | thyroid cancer | I through IX |
| 27. | Duran, Jaime | 12/3/1978 | California | Central District of CA | | Yes | | kidney cancer | I through IX |
| 28. | Fallon, Brenda | 11/1/1961 | Ohio | Southern District of OH | | Yes | | kidney cancer | I through IX |
| 29. | Flowers, Tamara | 5/10/1967 | Virginia | Western District of VA | | Yes | | thyroid disease | I through IX |
| 30. | Forte, Andrew | 6/28/1977 | Ohio | Southern District of OH | | Yes | | testicular cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | Funston, Barbara | 8/11/1952 | Texas | Eastern District of TX | | Yes | | thyroid disease | I through IX |
| 32. | Garcia, Janie | 2/20/1958 | Texas | Western District of TX | | Yes | | thyroid disease | I through IX |
| 33. | Goodman, Bruce | 1/1/1957 | Ohio | Southern District of OH | | Yes | | kidney cancer | I through IX |
| 34. | Graham, Jenetta | 9/3/1960 | Kentucky | Eastern District of KY | | Yes | | kidney cancer | I through IX |
| 35. | Gurnett, Wayne | 2/24/1961 | Texas | Eastern District of TX | | Yes | | testicular cancer | I through IX |
| 36. | Guy, Wendy | 4/17/1974 | Alabama | Northern District of AL | | Yes | | ulcerative colitis | I through IX |
| 37. | Hack, Rosanne | 11/14/1949 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 38. | Harris, Roxanne | 12/15/1955 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 39. | Hastings, Terry | 12/3/1956 | Alabama | Southern District of AL | | Yes | | kidney cancer | I through IX |
| 40. | Hawkins, Shelia | 8/28/1952 | Indiana | Southern District if IN | | Yes | | kidney cancer | I through IX |
| 41. | Henke, Bernice | 8/25/1954 | Wisconsin | Eastern District of WI | | Yes | | thyroid disease | I through IX |
| 42. | Herbert, Tyrone | 9/25/1989 | New York | Eastern District of NY | | Yes | | kidney cancer | I through IX |
| 43. | Herrera, David | 4/2/1983 | Florida | Southern District of FL | | Yes | | testicular cancer | I through IX |
| 44. | Herrin, Curtis | 3/4/1958 | Oklahoma | Eastern District of OK | | Yes | | thyroid cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Holman, Randy | 11/30/1981 | Washington | Western District of WA | | Yes | | kidney cancer | I through IX |
| 46. | Hosey, James | 9/22/1973 | Tennessee | Middle District of TN | | Yes | | kidney cancer | I through IX |
| 47. | Hunter, Martin | 12/31/1959 | Texas | Western District of TX | | Yes | | kidney cancer | I through IX |
| 48. | Johnson, Joe Ann | 12/24/1956 | Louisiana | Eastern District of LA | | Yes | | thyroid cancer | I through IX |
| 49. | Johnson, Joseph | 1/29/1961 | West Virginia | Southern District of WV | | Yes | | liver cancer | I through IX |
| 50. | Jordan, Tracy | 4/24/1959 | Washington | Eastern District of WA | | Yes | | testicular cancer | I through IX |
| 51. | Joy, Polly | 5/18/1961 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 52. | Kerns, Linda | 11/25/1959 | West Virginia | Northern District of WV | | Yes | | thyroid cancer | I through IX |
| 53. | King, Tina | 11/10/1964 | Massachusetts | District of MA | | Yes | | kidney cancer | I through IX |
| 54. | Kotlowski, Marie | 5/19/1958 | New Jersey | District of NJ | | Yes | | thyroid disease | I through IX |
| 55. | Lachmann, Annette | 12/29/1945 | North Carolina | Middle District of NC | | Yes | | thyroid cancer | I through IX |
| 56. | Lancour, Susan | 5/5/1959 | Florida | Middle District of FL | | Yes | | liver cancer | I through IX |
| 57. | Landgrebe, Shane | 2/22/1973 | West Virginia | Southern District of WV | | Yes | | kidney cancer | I through IX |
| 58. | Lewars, Jeff | 12/27/1962 | Texas | Western District of TX | | Yes | | kidney cancer | I through IX |
| 59. | Lucus, Weldon | 4/11/1976 | Pennsylvania | Eastern District of PA | | Yes | | testicular cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Marin, Mike | 8/1/1972 | Florida | Southern District of FL | | Yes | | liver cancer | I through IX |
| 61. | Martinez, Antonio | 7/22/1966 | California | Eastern District of CA | | Yes | | kidney cancer | I through IX |
| 62. | Martinez, Francisco | 1/16/1958 | California | Central District of CA | | Yes | | kidney cancer | I through IX |
| 63. | Martinez, Susie | 8/31/1965 | Texas | Western District of TX | | Yes | | kidney cancer | I through IX |
| 64. | Mayberry, Nicole | 5/11/1975 | Virginia | Eastern District of VA | | Yes | | kidney cancer | I through IX |
| 65. | McCagg, Jade | 8/8/1997 | Florida | Middle District of FL | | Yes | | ulcerative colitis | I through IX |
| 66. | McCann, John | 2/15/1991 | Connecticut | District of CT | | Yes | | ulcerative colitis | I through IX |
| 67. | McDowell, Michael | 9/28/1975 | Delaware | District of DE | | Yes | | kidney cancer | I through IX |
| 68. | McGuire, Sandy | 7/15/1973 | Pennsylvania | Eastern District of PA | | Yes | | thyroid cancer | I through IX |
| 69. | McKenzie, Gloria | 1/7/1945 | Illinois | Northern District of IL | | Yes | | liver cancer | I through IX |
| 70. | Meadows, Tamara | 7/27/1956 | Oklahoma | Western District of OK | | Yes | | kidney cancer | I through IX |
| 71. | Millervitz, Debra | 9/11/1964 | Massachusetts | District of MA | | Yes | | ulcerative colitis | I through IX |
| 72. | Moore, James | 5/28/1957 | Utah | District of Utah Central Division | | Yes | | kidney cancer | I through IX |
| 73. | Moreno Gomez, Marcelo | 7/13/1985 | California | Central District of CA | | Yes | | kidney cancer | I through IX |
| 74. | Morgan, Ann | 4/4/1954 | Louisiana | Eastern District of LA | | Yes | | liver cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Morgan, Isaac | 2/6/1951 | South Carolina | District of SC Anderson Division | | Yes | | kidney cancer | I through IX |
| 76. | Muldrow, Darlene | 11/17/1963 | Pennsylvania | Eastern District of PA | | Yes | | thyroid disease | I through IX |
| 77. | Nanney, Sharon | 3/18/1958 | North Carolina | Western District of NC | | Yes | | liver cancer | I through IX |
| 78. | Naze, Jill | 8/29/1954 | Wisconsin | Eastern District of WI | | Yes | | kidney cancer | I through IX |
| 79. | Nelson, Diana | 10/18/1952 | Mississippi | Southern District of MS | | Yes | | kidney cancer | I through IX |
| 80. | Oliver, Chris | 9/9/1980 | California | Central District of CA | | Yes | | kidney cancer | I through IX |
| 81. | Parrish, Rickey | 8/11/1964 | Alabama | Northern District of AL | | Yes | | liver cancer | I through IX |
| 82. | Perry, Michael | 10/3/1966 | Oklahoma | Eastern District of OK | | Yes | | kidney cancer | I through IX |
| 83. | Pina, Joey | 5/24/1967 | California | Northern District of CA | | Yes | | ulcerative colitis | I through IX |
| 84. | Pincus, Sydney | 6/11/1999 | Colorado | District of CO | | Yes | | ulcerative colitis | I through IX |
| 85. | Pischel, Michael | 10/31/1962 | Arizona | District of AZ | | Yes | | thyroid disease | I through IX |
| 86. | Polite, Gripper | 1/1/1958 | Florida | Northern District of FL | | Yes | | ulcerative colitis | I through IX |
| 87. | Powell, Elmer | 7/21/1974 | Alabama | Southern District of AL | | Yes | | testicular cancer | I through IX |
| 88. | Pringle, Debra | 7/29/1977 | Louisiana | Eastern District of LA | | Yes | | ulcerative colitis | I through IX |
| 89. | Pytlak, Sharon | 1/26/1952 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 90. | Quinones, Ernesto | 1/2/1965 | California | Central District of CA | | Yes | | liver cancer | I through IX |
| 91. | Ransford, Judy | 1/20/1961 | Pennsylvania | Eastern District of PA | | Yes | | ulcerative colitis | I through IX |
| 92. | Raymond, Robert | 3/13/1956 | North Carolina | Eastern District of NC | | Yes | | thyroid disease | I through IX |
| 93. | Remondelli, Roxanne | 10/5/1949 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 94. | Rheault, Kimberly | 6/8/1969 | Minnesota | District of MN | | Yes | | thyroid disease | I through IX |
| 95. | Robinson, Andrea | 11/14/1962 | Mississippi | Southern District of MS | | Yes | | testicular cancer | I through IX |
| 96. | Rosier, Miradieu | 4/21/1977 | Florida | Southern District of FL | | Yes | | liver cancer | I through IX |
| 97. | Rosini, David | 11/1/1969 | California | Central District of CA | | Yes | | liver cancer | I through IX |
| 98. | Rutledge, Randy | 3/2/1967 | Tennessee | Eastern District of TN | | Yes | | kidney cancer | I through IX |
| 99. | Sandrin, Amy | 11/5/1957 | Florida | Southern District of FL | | Yes | | thyroid disease | I through IX |
| 100. | Sapp, Bruce | 11/14/1963 | Florida | Southern District of FL | | Yes | | ulcerative colitis | I through IX |
| 101. | Sarcone, Ralph | 5/7/1961 | Florida | Middle District of FL | | Yes | | testicular cancer | I through IX |
| 102. | Saunders, Cathy | 4/27/1975 | Texas | Northern District of TX | | Yes | | ulcerative colitis | I through IX |
| 103. | Schauer, Kathy | 9/28/1951 | Montana | District of MT | | Yes | | kidney cancer | I through IX |
| 104. | Scolaro, Santo | 6/25/1949 | Ohio | Northern District of OH | | Yes | | kidney cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 105. | Shafer, Robert | 3/8/1960 | Florida | Middle District of FL | | Yes | | kidney cancer | I through IX |
| 106. | Short, Michael | 8/3/1958 | New York | Eastern District of NY | | Yes | | kidney cancer | I through IX |
| 107. | Sicard, Junius | 2/14/1965 | North Carolina | Western District of NC | | Yes | | kidney cancer | I through IX |
| 108. | Smith, Amanda | 12/9/1979 | California | Central District of CA | | Yes | | ulcerative colitis | I through IX |
| 109. | Smith, Steven | 1/9/1960 | Florida | Southern District of FL | | Yes | | liver cancer | I through IX |
| 110. | Soliz, Carmen | 11/1/1954 | California | Eastern District of CA | | Yes | | liver cancer | I through IX |
| 111. | Solomon, Chad | 8/9/1982 | Texas | Northern District of TX | | Yes | | kidney cancer | I through IX |
| 112. | Soucier, Rini | 4/10/1963 | Massachusetts | District of MA | | Yes | | thyroid disease | I through IX |
| 113. | Stimson, Brenda | 6/10/1958 | Georgia | Middle District of GA | | Yes | | thyroid disease | I through IX |
| 114. | Stockstill, Gordon | 9/15/1971 | Montana | District of MT | | Yes | | testicular cancer | I through IX |
| 115. | Styles, Connie | 3/6/1950 | South Carolina | District of SC Greenwood Division | | Yes | | kidney cancer | I through IX |
| 116. | Summers, Julia | 8/14/1972 | New Mexico | District of NM | | Yes | | kidney cancer | I through IX |
| 117. | Teague, Tyson | 10/21/1974 | Ohio | Southern District of OH | | Yes | | ulcerative colitis | I through IX |
| 118. | Temples, Terry | 3/8/1955 | Georgia | Southern District of GA | | Yes | | kidney cancer | I through IX |
| 119. | Thomas, Alton | 7/30/1984 | Pennsylvania | Eastern District of PA | | Yes | | testicular cancer | I through IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Thompson, Davette | 6/6/1975 | Georgia | Northern District of GA | | Yes | | kidney cancer and thyroid disease | I through IX |
| 121. | Torres, Jenny | 6/23/1963 | Arizona | District of AZ | | Yes | | ulcerative colitis | I through IX |
| 122. | Velasco, Yolanda | 3/19/1947 | Arizona | District of AZ | | Yes | | ulcerative colitis | I through IX |
| 123. | Wardle, Brenda | 4/19/1952 | Utah | District of UT | | Yes | | thyroid cancer | I through IX |
| 124. | Warner, Mary | 10/12/1954 | Ohio | Southern District of OH | | Yes | | thyroid cancer | I through IX |
| 125. | Weiner, John | 10/21/1957 | Wisconsin | Eastern District of WI | | Yes | | testicular cancer | I through IX |
| 126. | Wilburn-Patton, Linnie | 4/12/1963 | Indiana | Northern District of IN | | Yes | | liver cancer | I through IX |
| 127. | Ybarra, Valentin | 2/14/1957 | Arizona | District of AZ | | Yes | | liver cancer | I through IX |
| 128. | Young, Wesley | 6/24/1967 | Alabama | Southern District of AL | | Yes | | ulcerative colitis | I through IX |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |